IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                                       No. 4:10CR00149 JLH

ROGER STEPHEN CLARY                                                           DEFENDANT

**ORDER**

Pending before the Court is the defendant's motion to continue the sentencing hearing currently set for Thursday, September 26, 2013. Without objection, the motion is GRANTED. Document #45. The sentencing hearing will be reset by separate notice.

IT IS SO ORDERED this 16th day of September, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE